ACCEPTED
05-15-00470-CR
FIFTH COURT OF APPEALS
DALLAS, TEXAS
11/9/2015 9:40:57 AM
LISA MATZ
CLERK

NO. 05-15-00470-CR

IN THE COURT OF APPEALS
FOR THE FIFTH DISTRICT OF TEXAS
AT DALLAS

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
11/9/2015 9:40:57 AM
LISA MATZ
Clerk

EDWARD FRANK WILLIAMS,
Appellant

v.

THE STATE OF TEXAS,
Appellee

## STATE'S MOTION TO EXTEND THE TIME TO FILE BRIEF AND TO ACCEPT BRIEF TENDERED

TO THE HONORABLE COURT OF APPEALS:

THE STATE OF TEXAS, by and through the Criminal District Attorney of Dallas County, respectfully requests that the time for filing the State's accompanying brief in this cause be extended until November 9, 2015. In support of this motion, the State would show the following:

**I.**

Appellant was charged by indictment in Cause No. F13-24143-I with aggravated robbery with a deadly weapon. Appellant entered a guilty plea to the offense and also entered pleas of true to two enhancement paragraphs. The jury found the Appellant

1

guilty and assessed punishment at 75 years' confinement in the Texas Department of Criminal Justice, Institutional Division.

The Appellant's brief was filed September 18, 2015. The State's brief was due on October 18, 2015. This case has not yet been set for submission. The State's brief is being submitted for filing with this motion.

**II.**

On October 30, 2015, Lori Ordiway, Chief of the Appellate Division of the Dallas County District Attorney's Office, conducted an audit of the direct appeals pending in Dallas County. During the audit, Ms. Ordiway discovered that the State had not filed a response to the Appellant's brief in the instant cause. It appears that while the Appellant's brief was received by this office on September 23, 2015, it was never entered into the appellate database used by the office. After discovering the oversight, the instant cause was immediately assigned to undersigned counsel.

**III.**

Accordingly, the State of Texas prays that this Court will grant the State an extension of time for filing the State's brief and order that the State's brief be filed no later than November 9, 2015.

Respectfully submitted,

/s/ Rebecca D. Ott

**Susan Hawk**
**Criminal District Attorney**
Dallas County, Texas

**Rebecca D. Ott**
**Assistant District Attorney**
State Bar No. 24074842
Frank Crowley Courts Building
133 N. Riverfront Blvd., LB-19
Dallas, Texas 75207-4399
(214) 653-3829 *(phone)*
(214) 653-3643 *(fax)*
rebecca.ott@dallascounty.org

## <u>CERTIFICATE OF SERVICE</u>

I certify that a true copy of the foregoing motion was served on Appellant's Counsel on Appeal, Thomas G. Pappas, Burleson Pate & Gibson, LLP, 900 Jackson Street, Suite 330, Dallas, Texas 75202, by sending an electronic communication to tpappas@bp-g.com on November 9, 2015.

/s/ Rebecca D. Ott

Rebecca D. Ott
